AO91 (Rev. 12/03) Criminal Complaint FELONY AUSA

United States Courts Southern District of Texas FILED

*October 29, 2022*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

UNITED STATES OF AMERICA
vs.

Jose Juan MENDOZA-Cervantes
A208 974 818 Mexico

CRIMINAL COMPLAINT

Case Number: 1:22-MJ- 1038

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about October 27, 2022 in Cameron County, in the Southern District Of Texas defendant(s) an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on October 27, 2022. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on December 22, 2016. The defendant was convicted of Possession of a Controlled Substance on September 22, 2016. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $5,770.00 Mexican Pesos at the time of his arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Castillo, Jorge Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

October 29, 2022 at Brownsville, Texas
Date City/State

Ignacio Torteya III U.S. Magistrate Judge
Name of Judge Title of Judge

Signature of Judge